IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GABRIEL CHAVEZ,**
    **Plaintiff,**

vs.                                        CIV NO. 1:20-00968-KRS

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
    **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 24) to file a response to Plaintiff's Motion to Reverse and Remand for Payment of Benefits, or in the Alternative, for Rehearing, with Supporting Memorandum (Doc. 23), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until September 8, 2021, to file a response, and Plaintiff shall have until September 22, 2021, to file a reply.

                                                    _____
                                                    KEVIN R. SWEAZEA
                                                    United States Magistrate Judge

SUBMITTED AND APPROVED BY:

_Electronically submitted 08/09/2021_
KIRSTEN WESTERLAND
Special Assistant United States Attorney

_Electronically approved 08/09/2021_
BENJAMIN E. DECKER
Attorney for Plaintiff